# Court of Appeals
# of the State of Georgia

ATLANTA,____April 13, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0308. DORIS JONES v. WAL-MART STORES, INC., et al.

Doris Jones filed a pro se direct appeal from a December 7, 2015 superior court order denying her appeal from the decision of the Appellate Division of the State Board of Workers' Compensation. We dismissed her direct appeal because she failed to follow the proper appellate procedure.[1] See OCGA § 5-6-35 (a) (1) (appeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation require an application for appeal). Jones then filed this pro se application for discretionary appeal on March 24, 2016. We, however, still lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed on March 24, 2016, 108 days after entry of the order being appealed, it is untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.

---

[1] *Jones v. Wal-Mart Stores*, Case No. A16A0957 (dismissed February 23, 2016).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____04/13/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*